GARDINER VAN NOSTRAND et al., Respondents, *v.* ANABEL G. VAN NOSTRAND, Appellant, and LOUISA B. VAN NOSTRAND, Individually and as Executrix of JOHN J. VAN NOSTRAND, Respondent.

*Van Nostrand* v. *Van Nostrand,* 126 App. Div. 926, appeal dismissed. (Argued September 28, 1908; decided October 6, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 26, 1908, which dismissed an appeal from an order amending a judgment of Special Term construing the will of John J. Van Nostrand, deceased.

The motion was made upon the grounds that the appeal was not taken from an actual determination of the Appellate Division within the meaning of section 190 of the Code of Civil Procedure; that the appeal to the Appellate Division was dismissed for the reason that it was not taken in time, and that such dismissal cannot be reviewed by the Court of Appeals, and that the original order is not reviewable by the Court of Appeals.

*Alfred Jaretzki* for motion.

*Henry Hirschberg* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.